UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-254-1D

UNITED STATES OF AMERICA

v.

DWIGHT DELL WILLIAMS

ORDER

This matter comes before the Court on Defendant's motion for the issuance of a Rule 17(b) subpoena. For good cause shown, the Motion is hereby GRANTED, and the Clerk of Court is directed to issue the subpoena attached to Defendant's Motion, requiring that Wayne County Probation Officer Nicole Pia be directed to appear and testify at Defendant's Sentencing Hearing on Tuesday, November 30, 2021 at 2:00 p.m. and produce all records of her supervision of Defendant including, but not limited to, electronic monitoring records. As Defendant is indigent, the Clerk of Court is directed to forward the subpoena, once issued, to the United States Marshal for service.

SO ORDERED.

This the 17 day of November, 2021.

Honorable James C. Dever
United States District Judge