UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-254-1D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DWIGHT DELL WILLIAMS | **ORDER** |

This matter comes before the Court on Defendant's third amended motion for the issuance of a Rule 17(b) subpoena to correct the address of Officer Nicole Pia. For good cause shown, the Motion is hereby GRANTED, and the Clerk of Court is directed to issue the subpoena attached to Defendant's Motion, requiring that Wayne County Probation Officer Nicole Pia be directed to appear and testify at Defendant's Sentencing Hearing scheduled for January 18, 2022 at the Federal Courthouse in Raleigh, NC at 9:00 a.m. and produce all records of her supervision of Defendant including, but not limited to, electronic monitoring records. As Defendant is indigent, the Clerk of Court is directed to forward the subpoena, once issued, to the United States Marshal for service.

SO ORDERED.

This the 4 day of January, 2022.

Honorable James C. Dever
United States District Judge