UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:20-CR-254-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DWIGHT DELL WILLIAMS | ) | |

This mater is before the Court on defendant's *Motion to Withdraw Motion to Seal Sentencing Transcript.* For good cause, it is hereby ORDERED that defendant's motion is GRANTED.

This  22  day of September 2022.

James C. Dever III
U.S. District Judge